UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH MARKHAM,<br><br>    Plaintiff,<br>v.<br><br>CASH & CARRY STORES, LLC, et al.,<br><br>    Defendants. | CASE NO. C17-0746JLR<br><br>ORDER OF REMAND |

On May 23, 2017, after reviewing Defendant Cash & Carry Stores, LLC's notice of removal (Not. (Dkt. # 1)), the court identified several reasons that cast doubt on its subject matter jurisdiction and ordered Cash & Carry to show cause why the court should not remand the case to King County Superior Court (*see* 5/23/17 Order (Dkt. # 6)). Cash & Carry's response deadline has passed (*see id.* at 4), and Cash & Carry failed to respond to the court's order to show cause (*see* Dkt.). Accordingly, for the reasons articulated in

//

ORDER - 1

its order to show cause (*see* 5/23/17 Order at 1-3), the court concludes that it lacks subject matter jurisdiction over this action and ORDERS that:

1. Pursuant to 28 U.S.C. § 1447(c), all further proceedings in this case are REMANDED to the King County Superior Court;
2. The Clerk shall send copies of this order to all counsel of record for all parties;
3. Pursuant to 28 U.S.C. § 1447(c), the Clerk shall mail a certified copy of the order of remand to the Clerk for King County Superior Court;
4. The Clerk shall also transmit the record herein to the Clerk of the Court for King County Superior Court;
5. The parties shall file nothing further in this matter, and instead are instructed to seek any further relief to which they believe they are entitled from the courts of the State of Washington, as may be appropriate in due course; and
6. The Clerk shall CLOSE this case.

Dated this 6th day of June, 2017.

JAMES L. ROBART
United States District Judge